# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>  vs.<br>MARIO BERNARDO RODRIGUEZ,<br><br>                             Defendant. | CASE NO. 15CR2890-LAB<br><br>**ORDER DENYING TRANSCRIPT REQUEST** |

     The Court has received a successive application from inmate Mario Rodriguez requesting the preparation and production of a sentencing transcript of his May 16, 2016 sentencing hearing. The Court earlier denied the same request via a Discrepancy Order because Mr. Rodriguez's case has long been closed. The request is again **DENIED** – this time in a reasoned Order that explains why the inmate has no right or entitlement to a transcript.

     Mr. Rodriguez pled guilty to importing 19.85 kilos of methamphetamine into the United States. His plea agreement included a waiver of appeal provision specifying that he waived the right to appeal or to collaterally attack his conviction, with the exception of raising a claim of ineffective assistance of counsel, provided the Court imposed a sentence of no more than 71 months in custody. The Court sentenced Mr. Rodriguez to 68 months.

     In his renewed application, Mr. Rodriguez argues that production of a copy of the transcript of his sentencing hearing is necessary so that he can ascertain whether his

sentence was procedurally and substantively reasonable. But that arrow has already left the bow. Mr. Rodriguez's sentence is now final, owing both to the passage of time and to his voluntary waiver of the right to appeal or to otherwise challenge his sentence. Because he has voluntarily waived his rights, preparing a transcript of his sentencing hearing at this late date would amount to an unjustified expenditure of public resources.

Mr. Rodriguez's request for production of a transcript of his sentencing hearing is **DENIED**, and the Clerk is ordered to reject any further request from him seeking the same thing.

**IT IS SO ORDERED**.

DATED: April 18, 2018

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge